**Raymundo GARCIA, Plaintiff–Appellant,**

v.

**CITY OF NEW YORK, New York City Police Department, Police Officer/Det. Robinson, Shield No. 05437, in her individual and official capacity, John Doe, Shield No. 13912, the name being fictitious and presently unknown, individually and in his official capacity of the NYPD, Defendants–Appellees.**

No. 10–970–cv.

United States Court of Appeals, Second Circuit.

March 28, 2011.

---

Welton K. Wisham, Bronx, N.Y., for Plaintiff–Appellant.

Deborah A. Brenner (Kristin M. Helmers, of counsel), for Michael A. Cardozo, Corporation Counsel of the City of New York, New York, N.Y., for Defendants–Appellants.

Present: ROBERT A. KATZMANN, RICHARD C. WESLEY, Circuit Judges, and BRIAN M. COGAN, District Judge.*

### SUMMARY ORDER

Plaintiff–Appellant Raymundo Garcia appeals from a September 23, 2009 judgment of the United States District Court for the Southern District of New York (Swain, *J.*) granting in its entirety the defendants' motion for summary judgment. We assume the parties' familiarity with the facts and procedural history of the case.

Although neither party has raised the issue of our appellate jurisdiction, "we have an independent obligation to consider the presence or absence of subject matter jurisdiction *sua sponte.*" *Joseph v. Leavitt,* 465 F.3d 87, 89 (2d Cir.2006). In this case, judgment was entered below on September 23, 2009, but Garcia's notice of appeal was not filed until March 16, 2010, making it untimely under Federal Rule of Appellate Procedure 4. *See* Fed. R.App. P. 4(a)(1)(A) (notice of appeal "must be filed with the district clerk within 30 days after the judgment or order appealed from is entered"). Because "timely filing of a notice of appeal in a civil case is a jurisdictional requirement," we lack jurisdiction over this appeal. *Napoli v. Town of New Windsor,* 600 F.3d 168, 170 (2d Cir.2010) (per curiam) (quoting *In re Am. Safety Indem. Co.,* 502 F.3d 70, 72 (2d Cir.2007) (per curiam)) (internal quotation mark omitted). In reaching this conclusion, we have considered the letters submitted by the parties pursuant to our March 11, 2011 order. *See* Order U.S.C.A. Dkt. No. 10–970–cv, ECF No. 80.

Accordingly, for the foregoing reasons, Garcia's appeal is **DISMISSED** for lack of jurisdiction.

---

* The Hon. Brian M. Cogan of the United States District Court for the Eastern District of New York, sitting by designation.